1  Thiago Coelho, SBN 324715
   thiago@wilshirelawfirm.com
2  Jasmine Behroozan, SBN 325761
3  jasmine@wilshirelawfirm.com
   **WILSHIRE LAW FIRM**
4  3055 Wilshire Blvd., 12th Floor
5  Los Angeles, California 90010
   Telephone: (213) 381-9988
6  Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated, | CASE NO.: 2:21-cv-00076-MCS-KS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| LAWRY'S RESTAURANT, INC., a California Corporation; LAWRY'S RESTAURANTS II, INC., a California corporation; and DOES 1 to 10, inclusive, | |
| Defendants. | |

1  Plaintiff, Brett DeSalvo ("Plaintiff") hereby notifies the Court that the claims of
2  Plaintiff have settled on an individual basis. A notice of dismissal of Plaintiff's
3  individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i)
4  will be filed upon execution of a formal settlement agreement. Plaintiff reserves the
5  right to reopen within thirty (30) days if a settlement is not finalized.

Dated: April 27, 2021                    Respectfully Submitted,

*/s/ Thiago M. Coelho*
Thiago M. Coelho
Jazmin Behroozan
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and Proposed Class*

1
NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 27, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: April 27, 2021                         */s/ Thiago M. Coelho*
                                              Thiago M. Coelho